# EXHIBIT A
## BANKRUPTCY CODE § 1116(1) STATEMENT

Attached to this Statement are the following Exhibits:

1. Exhibit 1 – Balance Sheet dated 3/31/22;
2. Exhibit 22 – Profit & Loss Statement for 1/1/22 through 3/31/22; and
3. Exhibit 33 – Most recently filed tax return (2020).

No statement of operations of cash-flow statement other than identified herein exist.

The undersigned verifies under penalty of perjury that the information contained in this pleading is true and correct according to the best of his knowledge, information and belief.

Dated: 4/28/2022

Lawrence R. Gleason
President

# Gleason's Gymnastic School, Inc.

## Balance Sheet
### As of March 31, 2022

|  | JAN 2022 | FEB 2022 | MAR 2022 |
|---|---:|---:|---:|
| **ASSETS** | | | |
|   Current Assets | | | |
|     Bank Accounts | | | |
|       1010 Old National Checking | 412,933.66 | 429,104.99 | 436,397.05 |
|     **Total Bank Accounts** | **$412,933.66** | **$429,104.99** | **$436,397.05** |
|     Accounts Receivable | | | |
|       1100 Accounts Receivable | 120.00 | 120.00 | 3,320.00 |
|     **Total Accounts Receivable** | **$120.00** | **$120.00** | **$3,320.00** |
|     Other Current Assets | | | |
|       1200 Inventory | 4,223.02 | 4,223.02 | 4,223.02 |
|       12000 Undeposited Funds | 0.00 | 0.00 | 0.00 |
|       1225 PrePaid Income Tax | 630.00 | 630.00 | 630.00 |
|     **Total Other Current Assets** | **$4,853.02** | **$4,853.02** | **$4,853.02** |
|   **Total Current Assets** | **$417,906.68** | **$434,078.01** | **$444,570.07** |
|   Fixed Assets | | | |
|     1300 Equipment | 217,367.57 | 217,367.57 | 217,367.57 |
|     1325 Office | 13,687.77 | 13,687.77 | 13,687.77 |
|     1350 Leasehold Improvements | 45,874.76 | 45,874.76 | 45,874.76 |
|     1375 Accumulated Depreciation | -179,875.78 | -179,875.78 | -179,875.78 |
|   **Total Fixed Assets** | **$97,054.32** | **$97,054.32** | **$97,054.32** |
|   Other Assets | | | |
|     1500 Security Deposit | 9,300.00 | 9,300.00 | 9,300.00 |
|   **Total Other Assets** | **$9,300.00** | **$9,300.00** | **$9,300.00** |
| **TOTAL ASSETS** | **$524,261.00** | **$540,432.33** | **$550,924.39** |
| **LIABILITIES AND EQUITY** | | | |
|   Liabilities | | | |
|     Current Liabilities | | | |
|       Accounts Payable | | | |
|         2100 Accounts Payable | 5,571.93 | 2,749.41 | 2,436.75 |
|       **Total Accounts Payable** | **$5,571.93** | **$2,749.41** | **$2,436.75** |
|       Other Current Liabilities | | | |
|         2305 Accrued Wages | 24,975.62 | 23,159.48 | 31,686.72 |
|         2310 Accrued Payroll Taxes | 3,095.29 | 2,502.26 | 3,639.60 |
|         2315 Withholding Payable | 7,101.55 | 5,700.75 | 7,600.16 |
|         2325 SIMPLE Payable | 6,177.13 | 1,263.05 | 1,384.38 |
|       **Total Other Current Liabilities** | **$41,349.59** | **$32,625.54** | **$44,310.86** |
|     **Total Current Liabilities** | **$46,921.52** | **$35,374.95** | **$46,747.61** |

# Exhibit 1

# Gleason's Gymnastic School, Inc.

## Balance Sheet
### As of March 31, 2022

|  | JAN 2022 | FEB 2022 | MAR 2022 |
|---|---:|---:|---:|
| Long-Term Liabilities |  |  |  |
|   2500 Notes Payable |  |  |  |
|     2515 Marlin Bank-LED Lighting | 0.00 | 0.00 | 0.00 |
| **Total 2500 Notes Payable** | **0.00** | **0.00** | **0.00** |
|   2610 SBA Disaster Relief Loan | 149,900.00 | 149,900.00 | 149,900.00 |
|   2615 PPP Loan | 266,591.12 | 0.00 | 0.00 |
|   2700 Pre-Petition Items |  |  |  |
|     2705 AMEX Loan | 177,268.52 | 177,268.52 | 177,268.52 |
|     2710 Other Items | 188,669.72 | 188,669.72 | 188,669.72 |
| **Total 2700 Pre-Petition Items** | **365,938.24** | **365,938.24** | **365,938.24** |
| **Total Long-Term Liabilities** | **$782,429.36** | **$515,838.24** | **$515,838.24** |
| **Total Liabilities** | **$829,350.88** | **$551,213.19** | **$562,585.85** |
| Equity |  |  |  |
|   3000 Opening Balance Equity | 0.00 | 0.00 | 0.00 |
|   3100 Capital Stock | 18,500.00 | 18,500.00 | 18,500.00 |
|   3300 Paid in Capital | 29,008.19 | 29,008.19 | 29,008.19 |
|   3900 Retained Earnings | -344,406.15 | -344,406.15 | -344,406.15 |
|   Net Income | -8,191.92 | 286,117.10 | 285,236.50 |
| **Total Equity** | **$ -305,089.88** | **$ -10,780.86** | **$ -11,661.46** |
| **TOTAL LIABILITIES AND EQUITY** | **$524,261.00** | **$540,432.33** | **$550,924.39** |

# Gleason's Gymnastic School, Inc.

## Profit and Loss
### January - March, 2022

|  | TOTAL |
|---|---:|
| **Income** | |
|   4000 Tuition | 350,030.47 |
|   4025 Open Gym | 13,931.00 |
|   4050 Birthday Parties | 9,890.00 |
|   4075 Team Money Held | |
|     4077 Team Money Held - Fees | 16,460.64 |
|     4079 Team Money Held - Uniforms | 1,485.00 |
|     4081 Team Money Held - Meets | 17,809.00 |
|   **Total 4075 Team Money Held** | **35,754.64** |
|   4100 Meet Revenue | 8,225.00 |
|   4200 Pro-Shop Sales | 2,395.00 |
|   4325 Private Lessons | 1,080.00 |
|   4400 Gym Rental | 100.00 |
|   4900 Other Income | 5,754.68 |
| **Total Income** | **$427,160.79** |
| **Cost of Goods Sold** | |
|   5000 Instructor Payroll | |
|     5010 Instructor Wages | 135,588.39 |
|     5015 Instructor FICA | 10,371.15 |
|     5020 Instructor FUTA | 508.55 |
|     5025 Instructor SUI | 2,412.79 |
|   **Total 5000 Instructor Payroll** | **148,880.88** |
|   5100 Team Costs | |
|     5102 Team Costs - Team Fees | 3,827.39 |
|     5104 Team Costs - Uniforms | 1,111.95 |
|     5106 Team Costs - Meets | 28,340.43 |
|   **Total 5100 Team Costs** | **33,279.77** |
|   5125 Meet Costs | 2,513.00 |
|   5150 Birthday Costs | 278.66 |
|   5200 Credit Card Fees | 9,530.24 |
|   5400 Merchandise Purchased | 2,819.74 |
| **Total Cost of Goods Sold** | **$197,302.29** |
| **GROSS PROFIT** | **$229,858.50** |
| **Expenses** | |
|   6000 Administrative Payroll | |
|     6010 Administrative Wages | 52,806.61 |
|     6015 Administrative FICA | 4,039.70 |
|     6020 Administrative FUTA | 60.42 |
|     6025 Administrative SUI | 978.00 |
|   **Total 6000 Administrative Payroll** | **57,884.73** |

# Exhibit 22

# Gleason's Gymnastic School, Inc.

## Profit and Loss
### January - March, 2022

|  | TOTAL |
|---|---:|
| 6050 Office Payroll |  |
|   6060 Office Wages | 20,049.67 |
|   6065 Office FICA | 1,265.16 |
|   6070 Office FUTA | 109.39 |
|   6075 Office SUI | 343.18 |
| **Total 6050 Office Payroll** | **21,767.40** |
| 6100 Repairs and Maintenance | 2,809.40 |
| 6105 Rent Expense | 67,315.03 |
| 6505 Dues & Subscriptions | 374.00 |
| 6510 Gym Equipment | 402.83 |
| 6515 Gym Expense | 14,594.53 |
| 6525 Insurance | 25,897.60 |
| 6530 Janitorial | 328.12 |
| 6535 Meals & Entertainment | 29.92 |
| 6545 Office Expense | 1,503.44 |
| 6550 Payroll Services | 2,456.54 |
| 6570 Technology | 4,226.02 |
| 6575 Telecommunications | 1,481.20 |
| 6585 Utilities | 6,460.00 |
| 6590 Waste Removal | 719.37 |
| 6595 Worker Comp Insurance | 2,649.00 |
| Purchases | 228.00 |
| Uncategorized Expense | 85.99 |
| **Total Expenses** | **$211,213.12** |
| **NET OPERATING INCOME** | **$18,645.38** |
| Other Income |  |
|   4980 Non-Taxable PPP Loan Forgiveness | 266,591.12 |
| **Total Other Income** | **$266,591.12** |
| **NET OTHER INCOME** | **$266,591.12** |
| **NET INCOME** | **$285,236.50** |