**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Case No. 22-30690

Gleason's Gymnastic School, Inc.,

**SUPPLEMENTAL SEPARATE VERIFICATION**
**PURSUANT TO LOCAL RULE 4001-2(a)**

Pursuant to Local Rule 4001-2(a), the undersigned hereby states under penalty of perjury that she is the CFO of the Debtor, has firsthand knowledge of the budget attached hereto and incorporated herein by reference and it is true and correct to the best of her knowledge.

Dated: 5/6/2022

Lisa Kucala

1

Gleason's Gymnastics School Expenses - May 3 - May 25, 2022

| Date | Name | Description | Category | Amount |
|------|------|-------------|----------|--------|
| 2-May | Bertelson | Office expenses/supplies | Office Expense | $87.28 |
| 2-May | Edward Jones | Payroll - retirement plans | Payroll | $597.97 |
| 2-May | IBackup.com | Technology expense | Technology Expense | $19.95 |
| 2-May | iclasspro | Technology expense | Technology Expense | $129.00 |
| 4-May | Bertelson | Office expenses/supplies | Office Expense | $54.66 |
| 4-May | Colliers | Utilities - HVAC Maintenance | Utilities | $355.00 |
| 5-May | Aspen Waste Systems | Waste removal | Utilities | $231.24 |
| 5-May | Business Essentials | Office expenses/supplies | Office Expense | $87.28 |
| 5-May | Cintas | Cleaning service expense | Gym Expense | $82.03 |
| 5-May | JAM WEAR LEOS | Pro-shop expenses (offset by sales) | Cost of Goods Sold | $714.00 |
| 7-May | Signal Systems | Monthly time clock support | Payroll | $150.00 |
| 11-May | Centerpoint Energy | Gas Bill | Utilities | $895.33 |
| 12-May | Intuit | Monthly quickbooks expense | Technology Expense | $80.00 |
| 14-May | AT&T | Phone Expense | Utilities | $143.00 |
| 15-May | Employees | 4/30 payroll (paid on 5/15) | Payroll | $35,000.00 |
| 15-May | Fed/State Taxes | 4/30 payroll (paid on 5/15) | Payroll | $3,300.00 |
| 15-May | Heartland Payroll | Payroll Services | Payroll | $450.00 |
| 16-May | Edward Jones | Payroll - retirement plans | Payroll | $600.00 |
| 19-May | Xcel Energy | Electric Bill | Utilities | $560.34 |
| 20-May | Comcast | Phone/Internet expense | Utilities | $352.00 |
| 25-May | Duke Realty | Rent - due on 5/31 | Rent | $22,588.40 |
| 25-May | Multiple payees | Reiumbursement for Team Coach expenses | Cost of Goods Sold | $5,000.00 |
| 25-May | Multiple payees | Athlete meet entry fees | Cost of Goods Sold | $5,000.00 |
| 25-May | Multiple payees | Repairs, maintenance, and supplies | Gym Expense | $1,000.00 |
| 25-May | Philadelphia Insurance | Liability Insurance Premium | Insurance | $396.20 |
| 25-May | Sovran | Technology support vendor/monthly licenses | Technology Expense | $850.00 |
| | | | **TOTAL** | **$78,723.68** |

**Gleason's Gymnastics School Expenses - May 2 - May 25, 2022**

| Date | Name | Description | Category | Amount |
|------|------|-------------|----------|--------|
| 2-May | Bertelson | Office expenses/supplies | Office Expense | $87.28 |
| 2-May | Edward Jones | Payroll - retirement plans | Payroll | $597.97 |
| 2-May | IBackup.com | Technology expense | Technology Expense | $19.95 |
| 2-May | iclasspro | Technology expense | Technology Expense | $129.00 |
| 4-May | Bertelson | Office expenses/supplies | Office Expense | $54.66 |
| 4-May | Colliers | Utilities - HVAC Maintenance | Utilities | $355.00 |
| 5-May | Aspen Waste Systems | Waste removal | Utilities | $231.24 |
| 5-May | Business Essentials | Office expenses/supplies | Office Expense | $87.28 |
| 5-May | Cintas | Cleaning service expense | Gym Expense | $82.03 |
| 5-May | JAM WEAR LEOS | Pro-shop expenses (offset by sales) | Cost of Goods Sold | $714.00 |
| 7-May | Signal Systems | Monthly time clock support | Payroll | $150.00 |
| 11-May | Centerpoint Energy | Gas Bill | Utilities | $895.33 |
| 12-May | Intuit | Monthly quickbooks expense | Technology Expense | $80.00 |
| 14-May | AT&T | Phone Expense | Utilities | $143.00 |
| 15-May | Employees | 4/30 payroll (paid on 5/15) | Payroll | $35,000.00 |
| 15-May | Fed/State Taxes | 4/30 payroll (paid on 5/15) | Payroll | $3,300.00 |
| 15-May | Heartland Payroll | Payroll Services | Payroll | $450.00 |
| 16-May | Edward Jones | Payroll - retirement plans | Payroll | $600.00 |
| 19-May | Xcel Energy | Electric Bill | Utilities | $560.34 |
| 20-May | Comcast | Phone/Internet expense | Utilities | $352.00 |
| 25-May | Duke Realty | Rent - due on 5/31 | Rent | $22,588.40 |
| 25-May | Multiple payees | Reiumbursement for Team Coach expenses | Cost of Goods Sold | $5,000.00 |
| 25-May | Multiple payees | Athlete meet entry fees | Cost of Goods Sold | $5,000.00 |
| 25-May | Multiple payees | Repairs, maintenance, and supplies | Gym Expense | $1,000.00 |
| 25-May | Philadelphia Insurance | Liability Insurance Premium | Insurance | $396.20 |
| 25-May | Sovran | Technology support vendor/monthly licenses | Technology Expense | $850.00 |
| | | | **TOTAL** | **$78,723.68** |