UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: Gleason's Gymnastic School, Inc.                    Case No. 22-30690

Debtor(s).

**SUMMARY OF AMENDMENTS TO VOLUNTARY PETITION,
LISTS, SCHEDULES AND STATEMENTS**

1. Attached to this form are the following amended documents:

   ☐ Petition
   ☐ Schedule A/B
   ☐ Schedule C
   ☐ Schedule D
   ☐ Schedule E/F
   ☐ Schedule G
   ☐ Schedule H
   ☐ Schedule I
   ☐ Schedule J
   ☐ Schedule J-2
   ☑ Summary of assets and liabilities and certain statistical information (note that this Summary MUST BE submitted with any amended schedule)
   ☑ Statement of financial affairs
   ☐ Statement of intention
   ☐ Statement of current monthly income/means test calculation
   ☐ Other (specify):

2. For each amended document attached, clearly identify all changes (additions and deletions) to the amended document when compared with the original or most recent amendment:

   Statement of Financial Affairs - Amended items 3 and 4

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Gleason's Gymnastic School, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF MINNESOTA |
| Case number (if known) | **22-30690** |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other | $464,446.39 |
| **For prior year:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other | $1,304,433.05 |
| **For year before that:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other | $952,390.26 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor  **Gleason's Gymnastic School, Inc.**                          Case number *(if known)* **22-30690**

| | **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** *Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Exhibit A | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| | **Insider's name and address**<br>**Relationship to debtor** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** |
|---|---|---|---|---|
| 4.1. | See Exhibit B | | $0.00 | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| **Creditor's name and address** | **Describe of the Property** | **Date** | **Value of property** |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| **Creditor's name and address** | **Description of the action creditor took** | **Date action was taken** | **Amount** |
|---|---|---|---|

**Part 3:** **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | **Case title**<br>**Case number** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| 7.1. | American Express National Bank vs. Gleason's Gymnastic School, Inc.<br>653479/2021 | Breach of Contract | Supreme Court of the State of New York<br>County of New York | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☑ None

**Part 4:** **Certain Gifts and Charitable Contributions**

| Debtor | **Gleason's Gymnastic School, Inc.** | Case number *(if known)* | **22-30690** |
|---|---|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

    | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
    |---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

    |  | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
    |---|---|---|---|---|
    | 11.1. | **Thomas H. Olive Law, P.A.**<br>**5270 W. 84th Street, Suite 300**<br>**Bloomington, MN 55437** | **Attorney Fees & Costs** | **08/12/2021** | **$20,000.00** |
    |  | Email or website address |  |  |  |
    |  | Who made the payment, if not debtor? |  |  |  |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

    | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
    |---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

    | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
    |---|---|---|---|

**Part 7:    Previous Locations**

| Debtor | Gleason's Gymnastic School, Inc. | Case number (if known) | 22-30690 |
|---|---|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

### Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

| Debtor | **Gleason's Gymnastic School, Inc.** | Case number *(if known)* **22-30690** |
|---|---|---|

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

### Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

### Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

| Debtor | Gleason's Gymnastic School, Inc. | Case number *(if known)* | 22-30690 |
|---|---|---|---|

26. **Books, records, and financial statements**

   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

   ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Paul Armour** | |
| 26a.2. **Carol Hagberg** | |
| 26a.3. **Joni Selden** | |
| 26a.4. **Lisa Kucala** | |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Paul Armour**<br>**4945 142nd Path**<br>**Apple Valley, MN 55124** | **2001 - present** |

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Joni Selden** | |
| 26c.2. **Carol Hagberg** | |
| 26c.3. **Lisa Kucala** | |

   26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

   ☐ None

| Name and address |
|---|
| 26d.1. **Old National Bank** |
| 26d.2. **Wells Fargo Bank** |
| 26d.3. **Marlin Bank** |

Debtor **Gleason's Gymnastic School, Inc.** Case number *(if known)* **22-30690**

| Name and address | |
|---|---|
| 26d.4. | **American Express National Bank** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lawrence R. Gleason** | **4151 Beaver Dam Rd**<br>**Eagan, MN 55122** | **President** | **98%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Joni Selden** | **4516 Bacon Ave**<br>**Inver Grove Heights, MN 55077** | | **1%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **David Kennedy** | **411 Spring Valley Dr**<br>**Bloomington, MN 55420** | | **1%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lisa Kucala** | **16430 59th Ave N**<br>**Plymouth, MN 55446** | **Board member** | **0%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor **Gleason's Gymnastic School, Inc.**  Case number *(if known)* **22-30690**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

   | **Name of the pension fund** | **Employer Identification number of the pension fund** |
   |---|---|

   **Part 14:  Signature and Declaration**

   **WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
   18 U.S.C. §§ 152, 1341, 1519, and 3571.

   I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on   **June 28, 2022**

   **/s/ Lawrence R. Gleason**                    **Lawrence R. Gleason**
   Signature of individual signing on behalf of the debtor    Printed name

   Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

## Gleason's Gymnastic School, Inc.
## Transaction List by Date
### February 1 - May 2, 2022

| Date | Transaction Type | Num | Posting | Name | Memo/Description | Amount |
|---|---|---|---|---|---|---|
| 02/14/2022 | Expense | | Yes | Heartland Payroll | Payroll Taxes | -10,196.84 |
| 02/22/2022 | Bill Payment (Check) | 55715 | Yes | Duke Realty | Monthly Rent | -22,588.40 |
| 02/24/2022 | Expense | | Yes | Heartland Payroll | Payroll Taxes | -9,343.24 |
| 03/10/2022 | Expense | | Yes | Heartland Payroll | Payroll Taxes | -8,203.01 |
| 03/21/2022 | Bill Payment (Check) | 55729 | Yes | Duke Realty | Monthly Rent | -22,588.40 |
| 03/31/2022 | Expense | | Yes | Heartland Payroll | Payroll Taxes | -12,193.72 |
| 04/15/2022 | Expense | | Yes | Heartland Payroll | Payroll Taxes | -11,239.76 |
| 04/19/2022 | Bill Payment (Check) | 55752 | Yes | Duke Realty | Monthly Rent | -22,588.40 |
| 04/28/2022 | Expense | | Yes | Heartland Payroll | Payroll Taxes | -9,662.51 |

# Exhibit A

Gleason's Gymnastic School
Insider Employee Wages- 4/30/2021 - 5/1/2022

| Employee | Emp # | Check Date | Gross Wages | Paid Gross | Tips & Other Non Paid Grs | Social Security | Medicare Tax | Federal WH Tax | State WH Tax | Other State Tax | City/Local Tax | Pre-Tax Deductions | Voluntary Deductions | Garnishment Deductions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GLEASON, LAWRENCE R | 1038 | 4/30/2021 | 4,000.00 | 4,000.00 | 0.00 | 248.00 | 58.00 | 622.38 | 230.69 | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 |
| GLEASON, LAWRENCE R | 1038 | 5/14/2021 | 4,000.00 | 4,000.00 | 0.00 | 248.00 | 58.00 | 622.38 | 230.69 | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 |
| GLEASON, LAWRENCE R | 1038 | 5/28/2021 | 4,000.00 | 4,000.00 | 0.00 | 248.00 | 58.00 | 622.38 | 230.69 | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 |
| GLEASON, LAWRENCE R | 1038 | 6/15/2021 | 4,000.00 | 4,000.00 | 0.00 | 248.00 | 58.00 | 622.38 | 230.69 | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 |
| GLEASON, LAWRENCE R | 1038 | 6/30/2021 | 4,000.00 | 4,000.00 | 0.00 | 248.00 | 58.00 | 622.38 | 230.69 | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 |
| GLEASON, LAWRENCE R | 1038 | 7/15/2021 | 4,000.00 | 4,000.00 | 0.00 | 248.00 | 58.00 | 622.38 | 230.69 | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 |
| GLEASON, LAWRENCE R | 1038 | 7/30/2021 | 4,000.00 | 4,000.00 | 0.00 | 248.00 | 58.00 | 622.38 | 230.69 | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 |
| GLEASON, LAWRENCE R | 1038 | 8/13/2021 | 4,000.00 | 4,000.00 | 0.00 | 248.00 | 58.00 | 622.38 | 230.69 | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 |
| GLEASON, LAWRENCE R | 1038 | 8/31/2021 | 4,000.00 | 4,000.00 | 0.00 | 248.00 | 58.00 | 622.38 | 230.69 | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 |
| GLEASON, LAWRENCE R | 1038 | 9/15/2021 | 4,000.00 | 4,000.00 | 0.00 | 248.00 | 58.00 | 622.38 | 230.69 | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 |
| GLEASON, LAWRENCE R | 1038 | 9/30/2021 | 4,000.00 | 4,000.00 | 0.00 | 248.00 | 58.00 | 622.38 | 230.69 | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 |
| GLEASON, LAWRENCE R | 1038 | 10/15/2021 | 4,000.00 | 4,000.00 | 0.00 | 248.00 | 58.00 | 622.38 | 230.69 | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 |
| GLEASON, LAWRENCE R | 1038 | 10/29/2021 | 4,000.00 | 4,000.00 | 0.00 | 248.00 | 58.00 | 622.38 | 230.69 | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 |
| GLEASON, LAWRENCE R | 1038 | 11/15/2021 | 4,000.00 | 4,000.00 | 0.00 | 248.00 | 58.00 | 622.38 | 230.69 | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 |
| GLEASON, LAWRENCE R | 1038 | 11/30/2021 | 4,000.00 | 4,000.00 | 0.00 | 248.00 | 58.00 | 622.38 | 230.69 | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 |
| GLEASON, LAWRENCE R | 1038 | 12/15/2021 | 4,000.00 | 4,000.00 | 0.00 | 248.00 | 58.00 | 622.38 | 230.69 | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 |
| GLEASON, LAWRENCE R | 1038 | 12/31/2021 | 4,000.00 | 4,000.00 | 0.00 | 248.00 | 58.00 | 622.38 | 230.69 | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 |
| GLEASON, LAWRENCE R | 1038 | 1/14/2022 | 16,000.00 | 16,000.00 | 0.00 | 992.00 | 232.00 | 628.38 | 232.39 | 0.00 | 0.00 | 12,000.00 | 0.00 | 0.00 |
| GLEASON, LAWRENCE R | 1038 | 1/31/2022 | 5,274.66 | 5,274.66 | 0.00 | 327.03 | 76.48 | 5.22 | 3.85 | 0.00 | 0.00 | 4,862.08 | 0.00 | 0.00 |
| GLEASON, LAWRENCE R | 1038 | 2/15/2022 | 7,956.57 | 7,956.57 | 0.00 | 493.31 | 115.37 | 1,221.11 | 460.12 | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 |
| GLEASON, LAWRENCE R | 1038 | 2/28/2022 | 4,000.00 | 4,000.00 | 0.00 | 248.00 | 58.00 | 612.58 | 230.69 | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 |
| GLEASON, LAWRENCE R | 1038 | 3/15/2022 | 4,000.00 | 4,000.00 | 0.00 | 248.00 | 58.00 | 612.58 | 229.39 | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 |
| GLEASON, LAWRENCE R | 1038 | 3/31/2022 | 4,000.00 | 4,000.00 | 0.00 | 248.00 | 58.00 | 612.58 | 229.39 | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 |
| GLEASON, LAWRENCE R | 1038 | 4/15/2022 | 4,000.00 | 4,000.00 | 0.00 | 248.00 | 58.00 | 612.58 | 229.39 | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 |
| GLEASON, LAWRENCE R | 1038 | 4/29/2022 | 4,000.00 | 4,000.00 | 0.00 | 248.00 | 58.00 | 615.24 | 230.21 | 0.00 | 0.00 | 12.92 | 0.00 | 0.00 |
| KENNEDY, DAVID | 1035 | 4/30/2021 | 2,381.03 | 2,381.03 | 0.00 | 147.62 | 34.53 | 202.14 | 100.46 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| KENNEDY, DAVID | 1035 | 5/14/2021 | 2,381.03 | 2,381.03 | 0.00 | 147.62 | 34.52 | 202.14 | 100.46 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| KENNEDY, DAVID | 1035 | 5/28/2021 | 2,381.03 | 2,381.03 | 0.00 | 147.63 | 34.53 | 202.14 | 100.46 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| KENNEDY, DAVID | 1035 | 6/15/2021 | 2,381.03 | 2,381.03 | 0.00 | 147.62 | 34.52 | 202.14 | 100.46 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| KENNEDY, DAVID | 1035 | 6/30/2021 | 2,381.03 | 2,381.03 | 0.00 | 147.63 | 34.53 | 202.14 | 100.46 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| KENNEDY, DAVID | 1035 | 7/15/2021 | 2,381.03 | 2,381.03 | 0.00 | 147.62 | 34.52 | 202.14 | 100.46 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| KENNEDY, DAVID | 1035 | 7/30/2021 | 2,381.03 | 2,381.03 | 0.00 | 147.62 | 34.53 | 202.14 | 100.46 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| KENNEDY, DAVID | 1035 | 8/13/2021 | 2,381.03 | 2,381.03 | 0.00 | 147.63 | 34.52 | 202.14 | 100.46 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| KENNEDY, DAVID | 1035 | 8/31/2021 | 2,541.67 | 2,541.67 | 0.00 | 157.58 | 36.86 | 221.42 | 111.38 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| KENNEDY, DAVID | 1035 | 9/15/2021 | 2,542.03 | 2,542.03 | 0.00 | 157.61 | 36.86 | 221.46 | 111.41 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| KENNEDY, DAVID | 1035 | 9/30/2021 | 2,541.67 | 2,541.67 | 0.00 | 157.58 | 36.85 | 221.42 | 111.38 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| KENNEDY, DAVID | 1035 | 10/15/2021 | 2,541.67 | 2,541.67 | 0.00 | 157.58 | 36.86 | 221.42 | 111.38 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| KENNEDY, DAVID | 1035 | 10/29/2021 | 2,541.67 | 2,541.67 | 0.00 | 157.59 | 36.85 | 221.42 | 111.38 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| KENNEDY, DAVID | 1035 | 11/15/2021 | 2,541.67 | 2,541.67 | 0.00 | 157.58 | 36.85 | 221.42 | 111.38 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| KENNEDY, DAVID | 1035 | 11/30/2021 | 2,541.67 | 2,541.67 | 0.00 | 157.59 | 36.86 | 221.42 | 111.38 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| KENNEDY, DAVID | 1035 | 12/15/2021 | 2,542.03 | 2,542.03 | 0.00 | 157.60 | 36.86 | 221.46 | 111.41 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| KENNEDY, DAVID | 1035 | 12/31/2021 | 2,541.67 | 2,541.67 | 0.00 | 157.58 | 36.85 | 221.42 | 111.38 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| KENNEDY, DAVID | 1035 | 1/14/2022 | 2,542.03 | 2,542.03 | 0.00 | 157.61 | 36.86 | 221.46 | 111.41 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| KENNEDY, DAVID | 1035 | 1/31/2022 | 2,542.03 | 2,542.03 | 0.00 | 157.60 | 36.86 | 216.92 | 111.41 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| KENNEDY, DAVID | 1035 | 2/15/2022 | 2,541.67 | 2,541.67 | 0.00 | 157.59 | 36.85 | 216.88 | 111.38 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| KENNEDY, DAVID | 1035 | 2/28/2022 | 2,542.03 | 2,542.03 | 0.00 | 157.60 | 36.86 | 216.92 | 111.41 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| KENNEDY, DAVID | 1035 | 3/15/2022 | 2,541.67 | 2,541.67 | 0.00 | 157.58 | 36.86 | 216.88 | 109.36 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| KENNEDY, DAVID | 1035 | 3/31/2022 | 2,541.67 | 2,541.67 | 0.00 | 157.59 | 36.85 | 216.88 | 109.36 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |

Exhibit B [1]

# Gleason's Gymnastic School
## Insider Employee Wages - 4/30/2021 - 5/1/2022

| Employee | Emp # | Check Date | Gross Wages | Paid Gross | Tips & Other Non Paid Grs | Social Security | Medicare Tax | Federal WH Tax | State WH Tax | Other State Tax | City/Local Tax | Pre-Tax Deductions | Voluntary Deductions | Garnishment Deductions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KENNEDY, DAVID | 1035 | 4/15/2022 | 2,541.67 | 2,541.67 | 0.00 | 157.58 | 36.86 | 216.88 | 109.36 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| KENNEDY, DAVID | 1035 | 4/29/2022 | 2,541.67 | 2,541.67 | 0.00 | 157.59 | 36.85 | 216.88 | 109.36 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| KUCALA, LISA | 1727 | 4/30/2021 | 1,300.00 | 1,300.00 | 0.00 | 80.60 | 18.85 | 43.33 | 23.41 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| KUCALA, LISA | 1727 | 5/14/2021 | 1,300.00 | 1,300.00 | 0.00 | 80.60 | 18.85 | 43.33 | 23.41 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| KUCALA, LISA | 1727 | 5/28/2021 | 1,300.00 | 1,300.00 | 0.00 | 80.60 | 18.85 | 43.33 | 23.41 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| KUCALA, LISA | 1727 | 6/15/2021 | 1,300.00 | 1,300.00 | 0.00 | 80.60 | 18.85 | 43.33 | 23.41 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| KUCALA, LISA | 1727 | 6/30/2021 | 1,300.00 | 1,300.00 | 0.00 | 80.60 | 18.85 | 43.33 | 23.41 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| KUCALA, LISA | 1727 | 7/15/2021 | 1,300.00 | 1,300.00 | 0.00 | 80.60 | 18.85 | 43.33 | 23.41 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| KUCALA, LISA | 1727 | 7/30/2021 | 1,300.00 | 1,300.00 | 0.00 | 80.60 | 18.85 | 43.33 | 23.41 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| KUCALA, LISA | 1727 | 8/13/2021 | 1,300.00 | 1,300.00 | 0.00 | 80.60 | 18.85 | 43.33 | 23.41 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| KUCALA, LISA | 1727 | 8/31/2021 | 1,387.50 | 1,387.50 | 0.00 | 86.03 | 20.12 | 52.08 | 28.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| KUCALA, LISA | 1727 | 9/15/2021 | 1,387.50 | 1,387.50 | 0.00 | 86.02 | 20.12 | 52.08 | 28.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| KUCALA, LISA | 1727 | 9/30/2021 | 1,387.59 | 1,387.59 | 0.00 | 86.03 | 20.12 | 52.09 | 28.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| KUCALA, LISA | 1727 | 10/15/2021 | 1,387.50 | 1,387.50 | 0.00 | 86.03 | 20.12 | 52.08 | 28.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| KUCALA, LISA | 1727 | 10/29/2021 | 1,387.50 | 1,387.50 | 0.00 | 86.02 | 20.12 | 52.08 | 28.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| KUCALA, LISA | 1727 | 11/15/2021 | 1,387.50 | 1,387.50 | 0.00 | 86.03 | 20.11 | 52.08 | 28.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| KUCALA, LISA | 1727 | 11/30/2021 | 1,387.50 | 1,387.50 | 0.00 | 86.03 | 20.12 | 52.08 | 28.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| KUCALA, LISA | 1727 | 12/15/2021 | 1,387.59 | 1,387.59 | 0.00 | 86.03 | 20.12 | 52.09 | 28.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| KUCALA, LISA | 1727 | 12/31/2021 | 1,387.50 | 1,387.50 | 0.00 | 86.03 | 20.12 | 52.08 | 28.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| KUCALA, LISA | 1727 | 1/14/2022 | 1,387.50 | 1,387.50 | 0.00 | 86.03 | 20.12 | 52.08 | 28.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| KUCALA, LISA | 1727 | 1/31/2022 | 1,387.50 | 1,387.50 | 0.00 | 86.02 | 20.12 | 48.75 | 28.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| KUCALA, LISA | 1727 | 2/15/2022 | 1,387.50 | 1,387.50 | 0.00 | 86.03 | 20.12 | 48.75 | 28.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| KUCALA, LISA | 1727 | 2/28/2022 | 1,387.50 | 1,387.50 | 0.00 | 86.02 | 20.12 | 48.75 | 28.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| KUCALA, LISA | 1727 | 3/15/2022 | 1,387.50 | 1,387.50 | 0.00 | 86.03 | 20.11 | 48.75 | 26.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| KUCALA, LISA | 1727 | 3/31/2022 | 1,387.50 | 1,387.50 | 0.00 | 86.02 | 20.12 | 48.75 | 26.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| KUCALA, LISA | 1727 | 4/15/2022 | 1,387.50 | 1,387.50 | 0.00 | 86.03 | 20.12 | 48.75 | 26.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| KUCALA, LISA | 1727 | 4/29/2022 | 1,387.50 | 1,387.50 | 0.00 | 86.02 | 20.12 | 48.75 | 26.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SELDEN, JONI | 1036 | 4/30/2021 | 2,381.03 | 2,381.03 | 0.00 | 147.62 | 34.53 | 202.14 | 100.46 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| SELDEN, JONI | 1036 | 5/14/2021 | 2,381.03 | 2,381.03 | 0.00 | 147.63 | 34.52 | 202.14 | 100.46 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| SELDEN, JONI | 1036 | 5/28/2021 | 2,381.04 | 2,381.04 | 0.00 | 147.62 | 34.53 | 202.14 | 100.46 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| SELDEN, JONI | 1036 | 6/15/2021 | 2,381.03 | 2,381.03 | 0.00 | 147.62 | 34.52 | 202.14 | 100.46 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| SELDEN, JONI | 1036 | 6/30/2021 | 2,381.03 | 2,381.03 | 0.00 | 147.63 | 34.53 | 202.14 | 100.46 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| SELDEN, JONI | 1036 | 7/15/2021 | 2,381.03 | 2,381.03 | 0.00 | 147.62 | 34.52 | 202.14 | 100.46 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| SELDEN, JONI | 1036 | 7/30/2021 | 2,417.57 | 2,417.57 | 0.00 | 149.89 | 35.06 | 206.53 | 102.94 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| SELDEN, JONI | 1036 | 8/13/2021 | 2,381.03 | 2,381.03 | 0.00 | 147.63 | 34.52 | 202.14 | 100.46 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| SELDEN, JONI | 1036 | 8/31/2021 | 2,542.03 | 2,542.03 | 0.00 | 157.60 | 36.86 | 221.46 | 111.41 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| SELDEN, JONI | 1036 | 9/15/2021 | 2,542.03 | 2,542.03 | 0.00 | 157.61 | 36.86 | 221.46 | 111.41 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| SELDEN, JONI | 1036 | 9/30/2021 | 2,542.03 | 2,542.03 | 0.00 | 157.60 | 36.86 | 221.46 | 111.41 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| SELDEN, JONI | 1036 | 10/15/2021 | 2,541.67 | 2,541.67 | 0.00 | 157.59 | 36.86 | 221.42 | 111.38 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| SELDEN, JONI | 1036 | 10/29/2021 | 2,542.03 | 2,542.03 | 0.00 | 157.60 | 36.86 | 221.46 | 111.41 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| SELDEN, JONI | 1036 | 11/15/2021 | 2,542.03 | 2,542.03 | 0.00 | 157.61 | 36.86 | 221.46 | 111.41 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| SELDEN, JONI | 1036 | 11/30/2021 | 2,541.67 | 2,541.67 | 0.00 | 157.58 | 36.85 | 221.42 | 111.38 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| SELDEN, JONI | 1036 | 12/15/2021 | 2,542.03 | 2,542.03 | 0.00 | 157.61 | 36.86 | 221.46 | 111.41 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| SELDEN, JONI | 1036 | 12/31/2021 | 2,542.03 | 2,542.03 | 0.00 | 157.60 | 36.86 | 221.46 | 111.41 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| SELDEN, JONI | 1036 | 1/14/2022 | 2,542.03 | 2,542.03 | 0.00 | 157.61 | 36.86 | 221.46 | 111.41 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| SELDEN, JONI | 1036 | 1/31/2022 | 2,542.03 | 2,542.03 | 0.00 | 157.60 | 36.86 | 216.92 | 111.41 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| SELDEN, JONI | 1036 | 2/15/2022 | 2,541.67 | 2,541.67 | 0.00 | 157.59 | 36.85 | 216.87 | 111.38 | 0.00 | 0.00 | 50.02 | 0.00 | 0.00 |
| SELDEN, JONI | 1036 | 2/28/2022 | 2,541.67 | 2,541.67 | 0.00 | 157.58 | 36.86 | 216.88 | 111.38 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |

# Gleason's Gymnastic School
## Insider Employee Wages - 4/30/2021 - 5/1/2022

| Employee | Emp # | Check Date | Gross Wages | Paid Gross | Tips & Other Non Paid Grs | Social Security | Medicare Tax | Federal WH Tax | State WH Tax | Other State Tax | City/Local Tax | Pre-Tax Deductions | Voluntary Deductions | Garnishment Deductions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SELDEN, JONI | 1036 | 3/15/2022 | 2,541.67 | 2,541.67 | 0.00 | 157.58 | 36.85 | 216.88 | 109.36 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| SELDEN, JONI | 1036 | 3/31/2022 | 2,541.67 | 2,541.67 | 0.00 | 157.59 | 36.86 | 216.88 | 109.36 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| SELDEN, JONI | 1036 | 4/15/2022 | 2,541.67 | 2,541.67 | 0.00 | 157.58 | 36.85 | 216.88 | 109.36 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| SELDEN, JONI | 1036 | 4/29/2022 | 2,541.67 | 2,541.67 | 0.00 | 157.58 | 36.85 | 216.88 | 109.36 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re
Gleason's Gymnastic School, Inc.

Case No. 22-30690

Debtor(s).

## SIGNATURE DECLARATION

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ VOLUNTARY CONVERSION, SCHEDULES AND STATEMENTS
☑ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☐ MODIFIED CHAPTER 13 PLAN
☐ OTHER (PLEASE DESCRIBE:_____)

I [We], the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

1. The information I have given my attorney for the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

2. The Social Security Number or Tax Identification Number I have given to my attorney for entry into the court's Case Management/Electronic Case Filing (CM/ECF) system as a part of the electronic commencement of the above-referenced case is true and correct;

3. **[individual debtors only]** If no Social Security Number was provided as described in paragraph 2 above, it is because I do not have a Social Security Number;

4. I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration;

5. My electronic signature contained on the documents filed with the Bankruptcy Court has the same effect as if it were my original signature on those documents; and

6. **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: 6/16/2022

X _Lawrence R Gleason_    X _____
Signature of Debtor1 or Authorized         Signature of Debtor 2
Representative

Lawrence R. Gleason
Printed Name of Debtor 1 or         Printed Name of Debtor 2
Authorized Representative

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In Re: Bankruptcy Case No. 22-30690

Gleason's Gymnastic School, Inc.,

Debtor.

---

**UNSWORN DECLARATION OF PROOF OF SERVICE**

---

    Renee Heuton, employed by Thomas H. Olive Law, P.A., attorneys licensed to practice law in this Court, with office address of 5270 W. 84th Street, Suite 300, Bloomington, Minnesota, declare that on June 28, 2022, I caused the following documents:

**Amended Statement of Financial Affairs**

to be filed electronically with the Clerk of Court through EFC and that EFC will send an e-notice of the electronic filing to the following:

-------------------------------------------------------------
United States Trustee
Sarah Wencil, US Trustee's Office
Mary Sieling, Trustee
Erin M. Secord, US Small Business Administration
-------------------------------------------------------------

I further declare that on June 28, 2022, I mailed a copy of the foregoing documents to each entity named below at the address stated below for each entity by first class mail, postage prepaid:

-------------------------------------------------------------
See attached Service List
-------------------------------------------------------------

And I declare, under penalty of perjury, that the foregoing is true and correct.

Executed:  June 28, 2022        Signed:  /e/ *Renee Heuton*
                                                    Renee Heuton

SERVICE LIST

US Trustee
1015 US Courthouse
300 S Fourth St
Minneapolis MN  55415 3070

US Attorney General
US Dept of Justice
950 Pennsylvania Ave NW
Washington DC  20530 0001

Mary Sieling
150 S Fifth St Ste 3125
Minneapolis MN  55402 4221

Internal Revenue Service
ATTN Commissioner
1111 Constitution Ave NW
Washington DC  20224

MN Dept of Revenue Collection Division
ATTN Commissioner
600 N Robert St
St Paul MN  55101

Gleasons Gymnastic School Inc
2015 Silver Bell Rd Ste 180
Eagan MN  55122 5237

Lawrence Gleason
4151 Beaver Dam Rd
Eagan MN 55122

AFCO
PO Box 4795
Carol Stream IL 60197

Ameripride Services
PO Box 518
Bemidji MN 56619

Bank of America
PO Box 982238
El Paso TX 79998-2238

Becket & Lee PA
PO Box 3001
Malvern PA 19355

Best Cleaning
PO Box 1752
Maple Grove MN 55311

BRE Hennepin Industrial Owner LLC
Attn Ed Matey Jr
90 Park Ave 32nd Fl
New York NY 10016

Business Essentials
6645 James Ave N
Minneapolis MN 55430

Capital One Bank
co American InfoSource
PO Box 71083
Charlotte NC 28272-1083

CenturyLink
100 Centurylink Dr
Monroe LA  71203

Comcast
1701 John F Kennedy Blvd
Philadelphia PA  19103

David Robert Carlson
1718 3rd Ave N
Minneapolis MN 55405

Duke Realty
1301 W 22nd St Ste 800
Oak Brook IL  60523 3391

ECM Publishers Inc
4095 Coon Rapids Blvd
Coon Rapids MN 55433

Fire Control Inc
255 Alderman Ave
Wheeling IL  60090

Frontier Communications
PO Box 740407
Cincinnati OH 45274

SERVICE LIST

Frontier Communications
401 Merritt 7
Norwalk CT 06851

Gurstel Law Firm
6681 Country Club Dr
Golden Valley MN 55427

Hankard Zwicker & Associates
80 Minuteman Rd
Andover MA  01810 1008

Kereon HSA Inc
8770 Hunters Way
Apple Valley MN 55124

Lease Finance Group
9800 Bren Rd E Ste 200
Minnetonka MN 55343

Lone Oak Companies Inc
3177 Dodd Rd
Eagan MN 55121

Marlin Business Bank
300 Fellowship Rd
Mt Laurel NJ 08054

Metro Sales Inc
1620 E 78th St
Minneapolis MN 55423

Randys Sanitation
PO Box 169
Delano MN 55328-0169

Sams Club Credit
PO Box 965004
Orlando FL 32896

Signal Systems Inc
7613 Washington Ave S
Minneapolis MN 55439

Superior Point
PO Box 9403
Minneapolis MN 55440

Toll Gas & Welding Supply
3005 Niagara Ln N
Plymouth MN 55447

Trans Alarm
PO Box 776146
Chicago IL 60677

US Small Business Administration
409 3rd St SW
Washington DC 20024

US Small Business Administration
1545 Hawkins Blvd Ste 202
El Paso TX  79925

US Small Business Administration
330 2nd Ave S
Minneapolis MN  55401

U S Small Business Administration
Office of Disaster Assistance
14925 Kingsport Road
Fort Worth TX  76155

US Small Business Administration
1 North St Ste 320
Birmingham AL  35203

US Small Business Administration
332 S Michigan Ste 600
Chicago IL  60604

Wells Fargo
420 Montgomery St
San Francisco CA  94104

Wells Fargo Financial Services
1010 Thomas Edison Blvd SW
Cedar Rapids IA 52404

Wells Fargo Vendor Financial Services
PO Box 3072
Cedar Rapids IA 52406

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

_____

In Re:                                                                                 Bankruptcy Case No. 22-30690

Gleason's Gymnastic School, Inc.,

Debtor.

_____

**UNSWORN DECLARATION OF PROOF OF SERVICE**

_____

      Renee Heuton, employed by Thomas H. Olive Law, P.A., attorneys licensed to practice law in this Court, with the office address of 5270 West 84th Street, Suite 300, Bloomington, Minnesota 55437, declares that on May 26, 2022, she served the annexed **Amended Statement of Financial Affairs** upon <u>American Express National Bank, N.A.</u> by mailing by certified mail, return receipt requested, to them as follows:

      -------------------------------------------
      American Express National Bank NA
      ATTN Rick Petrino, COO
      World Financial Center
      200 Vesey Street
      New York, NY 10285
      -------------------------------------------

And I declare, under penalty of perjury, that the foregoing is true and correct.

Executed: June 28, 2022                  Signed:  /e/ *Renee Heuton*
                                                                       Renee Heuton